IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CITY OF MCCOMB**                                                                                **PLAINTIFF**

**V.**                                                                 **CIVIL ACTION NO. 3:11-cv-00626-WHB-LRA**

**SIEMENS BUILDING TECHNOLOGIES, INC.,**
**NOW KNOWN AS SIEMENS INDUSTRY, INC.,**
**AND SIEMENS PUBLIC, INC.**                                                          **DEFENDANT**

## JOINT ORDER OF DISMISSAL
## WITH PREJUDICE

**THIS MATTER** came on to be heard on the joint motion, *ore tenus*, of the parties hereto for dismissal of the above styled and numbered cause with prejudice.  The Court having been advised that the parties have compromised and settled their differences, and after considering the same, the Court is of the opinion that the parties' motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that all claims asserted by the parties in the above styled and numbered cause be, and they are hereby, dismissed with prejudice, with the parties to bear their own respective costs.

**SO ORDERED** this the 11th day of February, 2013.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

s/Wayne Dowdy
Wayne Dowdy
Attorney for Plaintiff

s/Angela Spivey
Angela Spivey
Attorney for Defendant